1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

11 | In the Matter of
12 | Substitution of Counsel,
   |                                              **ORDER**
13 | RYAN W. STITT.
14

15     IT IS HEREBY ORDERED that RYAN W. STITT, Esq., 185 F Street, Suite
16 100-K, San Diego, CA 92101, phone: (619) 255-0553, email: rstitt@stittvu.com,
17 be substituted as appointed counsel in the stead of and following his departure from
18 Federal Defenders of San Diego, Inc., in the attached list of cases, effective after
19 December 1, 2022.
20
21     **SO ORDERED.**
22 DATED: 11/22/22                    By: _____
23                                        HON. DANA M. SABRAW
                                           United States District Chief Judge
24
25
26
27
28

CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC. TO RYAN W. STITT, ESQ., AS OF DECEMBER 1, 2022

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| UNITED STATES v. DE LOS SANTOS AVENDANO<br>19-CR-02440-WQH-3 | JANUARY 17, 2023 @ 9:00 A.M. FOR MOTION HEARING/ TRIAL SETTING BEFORE THE HON. WILLIAM Q. HAYES |
| UNITED STATES v. JOSUE ARMANDO ULLOA-WRIGHT<br>21-CR-02845-W-1 | JANUARY 9, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. THOMAS J. WHELAN |
| UNITED STATES v. JORGE ALFREDO BARAJAS SANTOS<br>21-CR-03608-CAB-4 | DECEMBER 21, 2022 @ 11:00 A.M. FOR MOTION HEARING BEFORE THE HON. CATHY ANN BENCIVENGO |
| UNITED STATES v. FRANCISCO DELGADO<br>22-CR-01174-BAS | DECEMBER 12, 2022 @ 2:00 P.M. FOR MOTION HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. JOANNE VILLEGAS<br>22-CR-01014-JLS | JANUARY 27, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. JANIS L. SAMMARTINO |
| UNITED STATES v. STEPHANIE ELVIRA MORA<br>22-CR-01459-BAS | DECEMBER 12, 2022 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. HECTOR DAVID IBARRA<br>22-CR-01373-DMS-1 | DECEMBER 9, 2022 @ 11:30 A.M. FOR STATUS HEARING BEFORE THE HON. DANA M. SABRAW |
| UNITED STATES v. RENE EFREN LEMUS<br>22-CR-01420-W | JANUARY 23, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. THOMAS J. WHELAN |
| UNITED STATES v. STEPHANIE ELVIRA MORA<br>19-CR-00621-BAS | DECEMBER 12, 2022 @ 9:00 A.M. FOR THE REVOCATION OF SUPERVISED RELEASE HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. MARIO ALEJANDRO VARGAS<br>22-CR-01658-JO | FEBRUARY 10, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. JINSOOK OHTA |
| UNITED STATES v. WALTER IVAN SAMAYOA MENDOZA<br>22-CR-01652-TWR | JANUARY 6, 2023 @ 9:30 A.M. FOR SENTENCING HEARING BEFORE THE HON. TODD W. ROBINSON |
| UNITED STATES v. PEDRO BUSTAMANTE MACHUCA<br>22-CR-01701-BAS | JANUARY 9, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. PEDRO BUSTAMANTE MACHUCA<br>22-CR-10111-BAS | JANUARY 9, 2023 @ 9:00 A.M. FOR FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE BEFORE THE HON. CYNTHIA BASHANT |

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| UNITED STATES v. SUGEIT KARINA MARTINEZ-HIGADERA<br>22-CR-02237-LL | DECEMBER 19, 2022 @ 1:30 P.M. for MOTION HEARING/ TRIAL SETTING before the HON. LINDA LOPEZ |
| UNITED STATES v. MARIA PAEZ<br>22-CR-02238-GPC | DECEMBER 12, 2022 @ 1:30 P.M. for MOTION HEARING/TRIAL SETTING before the HON. GONZALO P. CURIEL |
| UNITED STATES v. VICTORIA DANIELLE FELIX<br>22-CR-02389-TWR | DECEMBER 16, 2022 @ 1:30 P.M. for MOTION HEARING/TRIAL SETTING before the HON. TODD W. ROBINSON |
| UNITED STATES v. ANGEL JOSUE MARENTEZ-MARTINEZ<br>22-CR-2641-CAB-1 | JANUARY 6, 2023 @ 10:30 A.M. for MOTION HEARING/TRIAL SETTING before the HON. CATHY ANN BENCIVENGO |
| UNITED STATES v. JESUS MANUEL CABRERA<br>22-CR-2640-W | NOVEMBER 28, 2022 @ 12:00 P.M. for MOTION HEARING before the HON. THOMAS J. WHELAN |
| UNITED STATES v. ANTONIO MEDINA-FLORES<br>22-CR-02632-GPC | NOVEMBER 22, 2022 @ 10:00 A.M. for BOND HEARING before the HON. WILLIAM V. GALLO |
| UNITED STATES v. WILLIAM CALVERT GARRETT<br>19-CR-07016-DMS | JANUARY 19, 2023 @ 10:00 A.M. for STATUS HEARING before the HON. DANA M. SABRAW |
| UNITED STATES v. THOMAS GRAHAM<br>22-MJ-03956-WVG | NOVEMBER 22, 2022 @ 9:30 A.M. for ARRAIGNMENT/PRELIMINARY HEARING before the HON. DAVID D. LESHNER |
| UNITED STATES v. CLAUDIA GRANA LEON<br>22-MJ-03969-WVG | NOVEMBER 22, 2022 @ 9:00 A.M. for ARRAIGNMENT/PRELIMINARY HEARING before the HON. WILLIAM V. GALLO |
| UNITED STATES v. CYNTHIA MICHELLE ALVARADO<br>22-MJ-03988-JLB | NOVEMBER 22, 2022 @ 9:00 A.M. for ARRAIGNMENT/PRELIMINARY HEARING before the HON. JILL L. BURKHARDT |
| UNITED STATES v. DIEGO SEBASTIAN SANCHEZ AMEZQUITA<br>22-MJ-04003-JLB | NOVEMBER 22, 2022 @ 9:00 A.M. for ARRAIGNMENT/PRELIMINARY HEARING before the HON. JILL L. BURKHARDT |
| UNITED STATES v. EDWARD LUCIANO MARQUEZ<br>22-MJ-03984-JLB | NOVEMBER 23, 2022 @ for INITIAL APPEARANCE before the HON. DAVID D. LESHNER |
| UNITED STATES v. JAIRO JESUS YANCES<br>22-MJ-04007-JLB | NOVEMBER 29, 2022 @ 9:00 A.M. for ARRAIGNMENT/PRELIMINARY HEARING before the HON. JILL L. BURKHARDT |
| UNITED STATES v. CHRISTIAN EMMANUELL GAVINO | DECEMBER 9, 2022 @ 10:30 A.M. for MOTION HEARING/TRIAL SETTING before the |

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| 22-CR-02527-JO-2 | HON. JINSOOK OHTA |
| UNITED STATES V. DONATO AGUIRRE-GARCIA<br>14-CR-03331-LAB | NOVEMBER 22, 2022 @ 9:00 A.M. FOR PRELIMINARY REVOCATION OF SUPERVISED RELEASE BEFORE THE HON. JILL L. BURKHARDT |
| UNITED STATES V. RAYSHAN THOMAS<br>16-CR-01284-MMA-1 | DECEMBER 14, 2022 @ 9:30 A.M. FOR FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE BEFORE THE HON. MICHAEL M. ANELLO |
| UNITED STATES V. RAFAEL OROZCO-VELASQUEZ<br>22-MJ-04067-MSB-2 | DECEMBER 1, 2022 @ 1:30 P.M. FOR PRELIMINARY HEARING BEFORE THE HON. MICHAEL S. BERG |
| UNITED STATES V. SIJIFREDO BARRIGA<br>22-MJ-04096-MSB-1 | NOVEMBER 22, 2022 @ 1:30 P.M. FOR PRELIMINARY HEARING BEFORE THE HON. MICHAEL S. BERG |
| UNITED STATES V. ANDREA DENISE CONTRERAS-VERGARA<br>19-MJ-24177-MSB-WQH | MEMORANDUM OF LAW AND FACT DUE DECEMBER 1, 2022 |
| UNITED STATES V. VANESSA YVETTE GUTIERREZ<br>12-CR-04304-BTM | NOVEMBER 29, 2022 @ 9:30 A.M. FOR PRELIMINARY REVOCATION OF SUPERVISED RELEASE HEARING BEFORE THE HON. DAVID D. LESHNER |